911 F.2d 722
 Grkovic (W. Duke), Carlton (Donna), Lynch (Joan, Don),
Harrison (John, Mary), Keane (William, Stephanie), Hughes
(William, Helen), Lynch (Leonard, Barbara), Middleton (E.,
Jr.), Schaubach (G., Carolyn), Todd (Moses), Kellam (Harold,
Jr.), Huey (H.), Bleau (Donald E.), Newbill (E.), Ford
(Stanley), Blankenbeckler (Connell), Perry (Tommy), Kline
(Alvin, Jr.), English & Ward Investment Co., Ashley
(Millard), Whitmore (Thomas, Jr.)
v.
Irvin (William J.), Gecker (Daniel),
 NO. 89-2973
 United States Court of Appeals,
Fourth Circuit.
 AUG 02, 1990
 Appeal From: E.D.Va., 125 F.R.D. 423
 
 1
 AFFIRMED.